IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                              CASE NO. 4:08CR00393 BSM

COSME PEREZ VASQUEZ                                                          DEFENDANT

## ORDER

The United States moves to dismiss [Doc. No. 28] the case against defendant Cosme Perez Vasquez. For good cause shown, the motion is granted.

IT IS SO ORDERED this 9th day of September 2013.

_____
UNITED STATES DISTRICT JUDGE